170 So.2d 509

Offord HAYES

v.

LOUISIANA IRRIGATION & MILL
COMPANY et al.

No. 47563.

Jan. 18, 1965.

In re: Louisiana Irrigation & Mill Company and The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia.   168 So.2d 396.

Writ refused.   No error of law.

170 So.2d 509

TECHE CONCRETE, INC., Amy Roy Le-
Blanc d/b/a A. J. LeBlanc Refrigeration
Service, Donald Lalande d/b/a Donald La-
lande Shell Yard, Renoudet Green and
Loyal James Zepherin

v.

Velma Richard MOITY et al.

No. 47568.

Jan. 18, 1965.

In re: Velma Richard Moity et al, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia.   168 So.2d 347.

The application is denied.   There appears no error of law in the judgment complained of.

170 So.2d 510

Sherman PAGE

v.

The HOME INDEMNITY COMPANY.

No. 47566.

Jan. 18, 1965.

In re: Sherman Page applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 168 So.2d 409.

Writ refused.   There is no error of law in the judgment complained of.

170 So.2d 510

Raymond B. OLIVER et al.

v.

CITY OF SHREVEPORT et al.

No. 47570.

Jan. 18, 1965.

In re: the City of Shreveport and the Shreveport Municipal Fire and Police Civil Service Board applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo.   169 So.2d 1.

Writ refused.   There appears no error of law in the judgment of the Court of Appeal.